UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY A. HART,

    Plaintiff,

v.     Case No. 3:25cv211-TKW-HTC

S. DAVIS, et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 3). No objections were filed.[1]

Upon due consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under the "three-strikes statute," 28 U.S.C. §1915(g). Accordingly, it is

**ORDERED** that

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

---

[1] The R&R was mailed to Plaintiff's original address of record on March 6, 2025, and was re-mailed to his new address of record (*see* Doc. 4) on March 17. The copy mailed to Plaintiff's original address of record was not returned by the Post Office, so the Court assumes that he received it. But, even if he did not receive that copy, there is no indication that he did not receive the copy mailed to his new address of record. The time for filing objections—whether calculated from March 6 or March 17—has expired.

2. This case is DISMISSED without prejudice under 28 U.S.C. §1915(g).

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 8th day of April, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**